NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1593

UNITED CREDIT CORP. OF MANY

VERSUS

JAMES PERRY, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT,
PARISH OF SABINE, NO. 55769,
HONORABLE ROBERT E. BURGESS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**AFFIRMED IN PART, REVERSED IN PART, AND REMANDED.**

Ronald D. Brandon
Attorney at Law
Post Office Box 216
Many, LA  71449
(318) 256-5910
ATTORNEY FOR PLAINTIFF/APPELLEE:
    United Credit Corp. Of Many

James Perry
Patrice Perry
Yvette Perry Patton
Post Office Box 341
Zwolle, LA  71486
(318) 645-7515
IN PROPER PERSON